MICHAEL E. COSGROVE *vs.* THE CONSOLIDATED RAILWAY COMPANY.

Third Judicial District.

Submitted on briefs October 22d—decided December 17th, 1907.

ACTION to recover damages for personal injuries alleged to have been caused by the defendant's negligence, brought to and heard in damages by the Superior Court in New Haven County, *Robinson, J.;* facts found and judgment rendered for nominal damages only, from which the plaintiff appealed. *No error.*

*Edward J. Maher* and *A. Oswald Pallman*, for the appellant (plaintiff).

*Harry G. Day*, for the appellee (defendant).

Opinion filed with the clerk of the Superior Court in New Haven County.